UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NICHOLE KUBALL
and JENNIFER LEES,

    Plaintiffs

v.                                                                C.A. No. 4:13-cv-00694-RC-ALM

4 CORNERS RESIDENTIAL SERVICES,
LLC, and RODERICK HORTON,

    Defendants
_____/

## NOTICE OF SETTLEMENT

    Plaintiffs, NICHOLE KUBALL and JENNIFER LEES, by and through their undersigned attorney, give notice that the parties have settled the above styled case and are currently working out the terms of a settlement agreement.

    Respectfully submitted this 9th day of September, 2014.

                              **ROSS LAW GROUP**

                              By:

                              *s/ Vijay Pattisapu*_____
                              Vijay Pattisapu
                              Texas Bar No. 24083633
                              5956 Sherry Lane
                              Suite 1000, PMB 106
                              Dallas, TX 75225
                              (214) 716-4597 Telephone
                              (855) 867-4455 Facsimile
                              vijay@rosslawgroup.com

                              Counsel for Plaintiffs

# **CERTIFICATE OF SERVICE**

      I certify that on September 9, 2014, I caused the foregoing document to be filed with the Clerk of the Court using ECF, which will send notification to the following:

> Jennifer K. Gjesvold
> Law Office of Jennifer K. Gjesvold, Esq,
> 5596 Davis Blvd., Suite 100
> North Richland Hills, TX 76180
> *Counsel for Defendants*

                              *s/ Vijay Pattisapu*
                              Vijay Pattisapu