UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NICHOLE KUBALL
and JENNIFER LEES,

    Plaintiffs

v.                                  C.A. No. 4:13-cv-00694-RC-ALM

4 CORNERS RESIDENTIAL SERVICES,
LLC, and RODERICK HORTON,

    Defendants
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants by and through their undersigned counsel hereby stipulate and agree to dismiss with prejudice all claims asserted or that could have been asserted by and among Plaintiffs and Defendants in this action.  The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Vijay A. Pattisapu*_____ | *s/ Jennifer K. Gjesvold*_____ |
| **VIJAY A. PATTISAPU** | **Jennifer K. Gjesvold** |
| Texas Bar No. 24083633 | State Bar No. 24076175 |
| **ROSS LAW GROUP, PC** | **LAW OFFICE OF JENNIFER K. GJESVOLD, ESQ,** |
| 5956 Sherry Lane | |
| Suite 1000, PMB 106 | 5596 Davis Blvd., Suite 100 |
| Dallas, TX 75225 | North Richland Hills, TX 76180 |
| 214-716-4597 Telephone | 817-605-0156 Telephone |
| 855-867-4455 Facsimile | 817-605-9529 Facsimile |
| vijay@rosslawgroup.com | jgjesvold@gmail.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANTS** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NICHOLE KUBALL
and JENNIFER LEES,

    Plaintiffs

v.                                                     C.A. No. 4:13-cv-00694-RC-ALM

4 CORNERS RESIDENTIAL SERVICES,
LLC, and RODERICK HORTON,

    Defendants
_____/

## **ORDER OF DISMISSAL**

On this day, the Court considered the Parties Stipulation of Dismissal with Prejudice. Having considered the pleading, it is therefore, ORDERED, ADJUDGED and DECREED, that that all causes of action that any and all of the Parties have asserted or could have asserted against each other are hereby dismissed with prejudice and each party shall be solely responsible for their own attorney's fees and costs.

    SIGNED on _____.

                                                                    _____
                                                                    AMOS L. MAZZANT
                                                                     UNITED STATES MAGISTRATE JUDGE