**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NICHOLE KUBALL and JENNIFER LEES, § § *Plaintiffs*, § § V. § § 4 CORNERS RESIDENTIAL SERVICES, § LLC and RODERICK HORTON, § § *Defendants.* § | CASE NO. 4:13cv694 Judge Clark/Judge Mazzant |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice [Doc. #28].

It is **ORDERED** that the Joint Stipulation of Dismissal with Prejudice [Doc. #28] is accepted by the court. The court further **ORDERS** that all causes of action that any and all of the parties have asserted or could have asserted against each other are **DISMISSED** with prejudice, and each party shall be solely responsible for their own attorney's fees and costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So ordered and signed on

**Oct 16, 2014**

_____
Ron Clark, United States District Judge